# In the United States Court of Federal Claims

**No. 04-1318C**

**(Filed November 23, 2004)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**RIO DELL ENTERPRISES, A CALIFORNIA LIMITED PARTNERSHIP,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

---

On November 19, 2004, Defendant filed an unopposed motion for enlargement of time of 45 days, to and including **January 3, 2005**, within which to respond to Plaintiff's complaint. Plaintiff's counsel has authorized Defendant to state that Plaintiff does not oppose this motion. Good cause having been shown, this motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**