# In the United States Court of Federal Claims

**No. 04-1318C**
**(Filed January 12, 2005)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **RIO DELL ENTERPRISES, A CALIFORNIA LIMITED PARTNERSHIP,** | * |
| **Plaintiff**, | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

On January 3, 2005, the Court received Defendant's answer to Plaintiff's complaint filed August 13, 2004. Pursuant to Appendix A Part III, ¶ 4 of the Rules of the United States Court of Federal Claims, the parties shall file with the clerk a Joint Preliminary Status Report on **February 22, 2005**, and the court will conduct a scheduling conference on **March 2, 2005 at 11:00 a.m. ET** via telephone. It is so **ORDERED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**